

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00499-CV

Janet **CRIST**,
Appellant

v.

Irma **CEVALLOS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-06388
Honorable Christine Vasquez-Hortick, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: May 31, 2023

DISMISSED

Appellant has moved to dismiss this appeal. Appellant states she is pursuing her remedies in a petition for writ of mandamus in cause number 04-23-00491-CV.

Appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM